NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――

**ILIR M. TSUNGU,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

―――――――――

2012-3155

―――――――――

Petition for review of the Merit Systems Protection Board in case no. DC3443120310-I-1.

―――――――――

**ON MOTION**

―――――――――

**O R D E R**

The Department of the Treasury moves to recaption to name the Merit Systems Protection Board as respondent and for an extension of time, until November 15, 2012, for the Board to file its brief.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board

reaches the merits of the underlying case. Here, the Board dismissed Tsungu's appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above. The Board's responsive brief is due within 21 days of the date of filing of this order.

(2) The motion for an extension of time is denied as moot.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21